**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6497**

_____

WAYNE D. BUTTS,

             Petitioner - Appellant,

        v.

HAROLD CLARKE, Director of Virginia Department of
Corrections,

             Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:11-cv-00420-MSD-FBS)

_____

Submitted: July 26, 2012              Decided:  August 1, 2012

_____

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Wayne D. Butts, Appellant Pro Se.  Rosemary Virginia Bourne,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne D. Butts seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Butts has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We deny Butts' motion to appoint counsel. We dispense with oral argument because the

2

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<span style="text-align: right; display: block;"><u>DISMISSED</u></span>